# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 17-10957
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

September 18, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEFFREY NDUNGI SILA,

Defendant-Appellant

————

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CR-448

————

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that appellant's motion for bail pending trial is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.